AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

**FILED**
JAN 2 1 2022
Clerk, U.S. District Court
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>TOMAS ANTONIO FLORES-VANEGAS<br><br>*Defendant(s)* | Case No. 4:22MJ 22<br><br>**SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 28, 2021__ in the county of __DENTON__ in the __EASTERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | Reentry of deported alien |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by:

*(specify reliable electronic means).*

Date: 1/21/22

City and state: Plano, Texas

*Complainant's signature*
Isaias Contreras Deportation Officer, DHS/ICE/ERO
*Printed name and title*

*Judge's signature*
Kimberly C. Priest Johnson, U.S. Magistrate Judge
*Printed name and title*